```
1  Ross Cornell, (SBN 210413)
   LAW OFFICES OF ROSS CORNELL, APC
2  813 East Balboa Boulevard
   Newport Beach, California 92663
3  (949) 723-1794
4
   Reuben D. Nathan, Esq. (SBN 208436)
5  AZIMY & NATHAN, LLP
   18500 Von Karman Ave., Suite 500
6  Irvine, California 92612
   Phone:  (949) 486-1888
7  Fax:    (949) 486-1889
8
   Attorneys of Record for Plaintiff,
9  JOSEPH ABDULLAH
10
11
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.:  CIV.S-04-2177 WBS JFM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| COLOMA GARDENS APARTMENTS; JOHN MARLOW as Trustee of the JOHN & MARIANNE MARLOW FAMILY TRUST; MARIANNE MARLOW as Trustee of the JOHN & MARIANNE MARLOW FAMILY TRUST JOHN & MARIANNE MARLOW FAMILY TRUST and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1  Pursuant to F.R.Civ.P. 41(a)(1), Plaintiff Joseph Abdullah and Defendants
2  Coloma Gardens Apartments, John Marlow as Trustee of the John and Marianne
3  Marlow Family Trust, Marianne Marlow as Trustee of the John and Marianne
4  Marlow Family Trust and John and Marianne Marlow Family Trust, through their
5  attorneys' undersigned, stipulate and agree that above-captioned matter may be
6  dismissed as to all claims and all Defendants, with prejudice, each party to bear his
7  own costs and attorney's fees.
8
9
10  DATED: August 22, 2005                               **AZIMY & NATHAN, LLP**
11
12
13                                                  By: <u>Reuben D. Nathan, Esq.</u>
                                                        Reuben D. Nathan, Esq.
14                                                      Attorney for Plaintiff,
                                                        Joseph Abdullah
15
16  DATED: August 19, 2005                               **LAW OFFICES OF ROSENBERG**
17                                                       **& LINK**
18
19
20                                                  By: <u>Sid M. Rosenberg, Esq. as authorized on August 19, 2005</u>
                                                        Sid M. Rosenberg, Esq.
21                                                      Attorney for Defendants,
22                                                      Coloma Gardens Apartments, John
                                                        Marlow as Trustee of the John and
23                                                      Marianne Marlow Family Trust,
24                                                      Marianne Marlow as Trustee of the
                                                        John and Marianne Marlow Family
25                                                      Trust and The John and Marianne
26                                                      Marlow Family Trust
27
28

**STIPULATION OF DISMISSAL AND ORDER THEREON**

**ORDER**

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, each party to bear his own costs and attorney's fees.

Dated: August 30, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND ORDER THEREON